Argued June 22, decided July 5, 1911.

## DAVIS *v.* JOURNAL PUBLISHING CO.

[116 Pac. 1072.]

From Multnomah: ROBERT G. MORROW, Judge.

This is an action by L. M. Davis against the Journal Publishing Company to recover damages for slander. From a judgment of nonsuit, plaintiff appeals.

AFFIRMED.

For appellant there was a brief over the names of *Mr. J. F. Boothe* and *Mr. William P. Richardson,* with an oral argument by *Mr. Boothe.*

For respondent there was a brief over the names of *Mr. John H. Stevenson* and *Mr. John F. Logan,* with an oral argument by *Mr. Stevenson.*

MR. JUSTICE MCBRIDE delivered the opinion of the court.

We have carefully read and considered the testimony in this case, and are of the opinion that the court below ruled correctly in granting a non-suit. A discussion of the facts in this opinion would simply incumber the Reports with matters of interest only to the parties, and useless even to them.

The judgment is affirmed.        AFFIRMED.